FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
AUG 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS - 6
ENTERED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LEWIS,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No. EDCV 07-1566 RNB<br><br>**J U D G M E N T** |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings, filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: August 21, 2008

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE